Megan Whyman Olesek (CA Bar No. 191218)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304-1216
tel.: 650.384.4700
fax: 650.384.4701
molesek@kenyon.com

Marcia H. Sundeen (admitted *pro hac vice*)
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, DC 20005
tel.: 202.220.4200
fax: 202.220.4201
msundeen@kenyon.com

*Attorneys for Defendant Hewlett-Packard Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Technology Properties Limited, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Hewlett-Packard Company,<br><br>    Defendant. | Case No.  4:14-cv-03643-CW<br><br>**[PROPOSED] ORDER GRANTING HEWLETT-PACKARD COMPANY'S REQUEST TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:    November 19, 2014<br>Time:    2:00 p.m.<br>Dept:    Courtroom 2, 4th Floor<br>Judge:  Hon. Claudia Wilken |

     Before the Court is Hewlett-Packard Company's request for its lead counsel, Marcia Sundeen, to appear by telephone at the Initial Case Management Conference in the above-referenced matter set for November 19, 2014 at 2:00 p.m. Having considered the matter, the Court GRANTS the request.

     IT IS SO ORDERED.

Dated: November__13, 2014

_____
United States District Court Judge

[Proposed] Order Granting Hewlett-Packard Company's Request to Appear by Telephone at Initial Case Management Conference

CASE NO.: 4:14-CV-03643-CW