Megan Whyman Olesek (SBN 191218)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304
Telephone:     650-384-4700
Facsimile:     650-384-4701
Email**:**        molesek@kenyon.com

Marcia H. Sundeen (admitted *Pro Hac Vice*)
T. Cy Walker (*Pro Hac Vice* submitted)
Adeel Haroon (admitted *Pro Hac Vice*)
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, DC 20005
Telephone:     202-220-4200
Facsimile:     202-220-4201
Email:        msundeen@kenyon.com
Email:        cwalker@kenyon.com
Email:        aharoon@kenyon.com

Rose Cordero Prey (admitted *Pro Hac Vice*)
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
Telephone:     212-425-7200
Facsimile:     212-425-5288
Email:        rcordero@kenyon.com

*Counsel for Defendant Hewlett-Packard Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC and MCM PORTFOLIO LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY<br><br>Defendant. | Case No.  4:14-cv-3643-CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE DEFENDANT'S FOURTH COUNTERCLAIM** |

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), Defendant Hewlett-Packard

2    Company hereby dismisses, without prejudice, its fourth counterclaim for Declaratory Judgment

3    of Non-Infringement of U.S. Patent No. 7,162,549.  All other counterclaims remain in this case.

4    Counsel for Plaintiffs consents to the filing of this stipulation using his electronic signature.

5         Most Respectfully Submitted,

6

7    Date: December 23, 2014

8    /s/ Benjamin R. Askew (*with consent*)          /s/ Megan Olesek
     Anthony G. Simon                                 Megan Whyman Olesek (SBN 191218)
9    Benjamin R. Askew                                KENYON & KENYON LLP
     Timothy D. Krieger (pro hac vice                 1801 Page Mill Road, Suite 210
10   forthcoming)                                     Palo Alto, CA 94304
     Michael P. Kella                                 Telephone:  650-384-4700
11   THE SIMON LAW FIRM, P.C.                          Facsimile:  650-384-4701
     800 Market Street, Suite 1700                    Email**:**     molesek@kenyon.com
12   Saint Louis, Missouri 63010
     Telephone: 314-241.2929                          Marcia  H.  Sundeen  (admitted  *Pro  Hac*
13   Facsimile: 314-241.2029                          *Vice*)
     asimon@simonlaw.com                              T. Cy Walker (*Pro Hac Vice* submitted)
14   baskew@simonlawpc.com                            Adeel Haroon (admitted *Pro Hac Vice*)
     tkrieger@simonlaw.com                            KENYON & KENYON LLP
15   mkella@simonlaw.com                              1500 K Street, NW, Suite 700
                                                      Washington, DC 20005
16   Henry C. Bunsow (SBN 60707)                      Telephone:  202-220-4200
     hbunsow@bdiplaw.com                              Facsimile:   202-220-4201
17   Brian A.E. Smith (SBN 188147)                    Email:     msundeen@kenyon.com
     bsmith@bdiplaw.com                               Email:     cwalker@kenyon.com
18   BUNSOW  DE  MORY  SMITH  &                       Email:     aharoon@kenyon.com
     ALLISON LLP
19   351 California Street, Suite 200                 Rose Cordero Prey (admitted *Pro Hac Vice*)
     San Francisco, CA 94104                          KENYON & KENYON LLP
20   Telephone: (415) 426-4747                        One Broadway
     Facsimile: (415) 426-4744                        New York, NY 10004-1007
21                                                    Telephone:  212-425-7200
     Denise De Mory (SBN 168076)                      Facsimile:   212-425-5288
22   ddemory@bdiplaw.com                              Email:     rcordero@kenyon.com
     BUNSOW  DE  MORY  SMITH  &
23   ALLISON LLP
     600 Allerton Street, Suite 101                   *Counsel  for  Defendant  Hewlett-Packard*
24   Redwood City, CA 94063                           *Company*
     Telephone: (650) 351-7248
25   Facsimile: (650) 351-7253
     ddemory@bdiplaw.com
26
     *Counsel  for  Plaintiffs  Technology*
27   *Properties  Limited  LLC  and  MCM*
     *Portfolio LLC*
28

KENYON & KENYON
LLP

STIPULATION AND [PROPOSED]
ORDER TO DISMISS  WITHOUT                    - 2 -        Case No.  4:14-cv-3643-CW
PREJUDICE FOURTH COUNTERCLAIM

1    Having considered the Stipulation of the parties, Defendant Hewlett-Packard Company's

2    Fourth Counterclaim for Declaratory Judgment of Non-Infringement of U.S. Patent No.

3    7,162,549 is hereby DISMISSED WITHOUT PREJUDICE.

4    IT IS SO ORDERED.

5

6    Date: ___12/29/2014___

7                                         Honorable Claudia Wilken
8                                         Chief District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KENYON & KENYON      STIPULATION AND [PROPOSED]
LLP                  ORDER TO DISMISS  WITHOUT              - 3 -       Case No.  4:14-cv-3643-CW
                     PREJUDICE FOURTH COUNTERCLAIM