IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CANON, INC. et al.,<br><br>Defendants.<br>_____/ | No. C 14-3640 CW<br><br>ORDER ON MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION<br><br>(Docket No. 336) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant.<br>_____/ | No. C 14-3643 CW<br><br>(Docket No. 108) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NEWEGG INC. et al.,<br><br>Defendants.<br>_____/ | No. C 14-3645 CW<br><br>(Docket No. 90) |

TECHNOLOGY PROPERTIES LIMITED LLC
and MCM PORTFOLIO LLC,

      Plaintiffs,

  v.

SEIKO EPSON CORPORATION, et al.,

      Defendants.
_____/

No. C 14-3646 CW

(Docket No. 113)

On October 2, 2015, Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC filed a Motion for Leave to File Motion for Reconsideration on the construction of two terms: "type of memory [media] card" and "memory media card."

By November 2, 2015, Defendants must respond whether they object to editing the construction of these terms, as follows:

"type of memory [media] card": "subset of memory media cards that use different numbers of contact pins or use contact pins differently"
or "subset of memory media cards that have different numbers of contact pads or use contact pins differently"

"memory media card": "a removable device in card form that is capable of storing electronic data"

    IT IS SO ORDERED.

Dated: October 29, 2015

                            CLAUDIA WILKEN
                            United States District Judge