UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant. | Case No. 14-cv-03643-CW   (DMR)<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 116 |

The court is in receipt of the parties' discovery letter. Docket No. 116. The court orders the parties to provide supplemental briefing to respond to the following question:

1) Defendant previously subpoenaed a third party. Plaintiffs now seek to enforce this subpoena against the third party over the objections of the Defendant and the third party. Do the plaintiffs have standing to enforce this subpoena?

Accordingly, the parties shall e-file a joint supplemental brief, of no more than 1 page per side, in response to this order by December 3, 2015.

The parties shall also include a statement listing the relevant case management deadlines.

**IT IS SO ORDERED.**

Dated: November 24, 2015

_____

Donna M. Ryu
United States Magistrate Judge